# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

**BRANDON T. FARMER**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj88/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One and Two of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34(1) | Driving With Suspended License Without Knowledge | 3/2/08 | One |
| 32 CFR §210 and FSS 320.07(3)(b) | Operating a Motor Vehicle With an Expired Registration | 3/2/08 | Two |

Count(s) Three is dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid no later than May 21, 2008.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 120.00 | $ 0.00 |

Date of Imposition of Sentence - 4/23/08

_Miles Davis_
UNITED STATES MAGISTRATE JUDGE

Date: 4-24-08